**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**FRANK ADAM SEIGFRIED, #L2329**                                              **PETITIONER**

**VERSUS**                                   **CIVIL ACTION NO.  1:05-CV-370-DMR-JMR**
                                             **USCA No. 07-60483**

**LAWRENCE GREER**                                                            **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the above captioned habeas corpus case [Doc. No. 30], in which the detention complained of arises out of process issued by a state court pursuant to 28 U.S.C. § 2254, or the detention arises out of a judgment and conviction in federal court which is being challenged pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, hereby finds that:

Part A

___ A certificate of appealability should issue. (See reasons below.)

_X_ A certificate of appealability should not issue. (See reasons below.)

Accordingly, the Motion of the Petitioner for a Certificate of Appealability [Doc. No. 31] is hereby **DENIED**.

Part B
(for non-CJA pauper cases only)

_X_ The party appealing is a pauper.

___ The party appealing is not a pauper. (See reasons below.)

The Court notes the Petitioner was previously once granted *in forma pauperis* status [Doc. No. 6]. See F.R.A.P. 24 (a) (B)(3)

REASONS:
The Petitioner has failed to make a substantial showing of the denial of a constitutional right as set forth in 28 U.S.C. §2253( c)(2); Petitioner's claims were procedurally barred or otherwise denied on the merits by the state court pursuant to an independent and adequate state law, and the state court's decisions did not result in an unreasonable application of clearly established federal law.

Date:  July 3, 2007                                    S/ DAN M. RUSSELL, JR.
                                                       UNITED STATES DISTRICT JUDGE